UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH AGRESTI,

        Plaintiff,

v.

KEVIN RAMBOSK in his official capacity
as Collier County Sheriff,

        Defendant.

Case No. 2:09-cv-00036-FtM-UA-DNF

**JOINT MOTION TO EXCUSE COUNSEL**
**FROM *IN-PERSON* CASE MANAGEMENT CONFERENCE**

COMES NOW, the parties in the above-captioned matter, by and through their undersigned counsel, and for their Motion to be excused from an in-person Case Management Conference, state as follows:

1.      Pursuant to this Court's Order of February 5, 2009 the parties are required to submit a Case Management Report following the in-person meeting of counsel.

2.      The Court generally requires that for the purposes of the Case Management Conference, trial counsel for the parties meet in person unless the Court otherwise permits a telephone conference.

3.      The offices of Defendant's undersigned counsel are located in Tampa and Winter Park, Florida, while Plaintiff's undersigned counsel is located in Naples, Florida. As such, at least one of the parties would incur significant expense if counsel is required to meet in person for purposes of the Case Management Conference.

4.      On March 12, 2009 counsel for the parties did confer by telephone for purposes of preparing a Case Management Report. The parties reached an agreement as to all terms of the report without dispute.

97057_1

ALLEN, NORTON & BLUE, P.A.
PROFESSIONAL ASSOCIATION

5.     In light of the significant distance between counsel for the parties and the expenses likely to be incurred in connection with an in-person meeting for purposes of the Case Management Conference, the parties respectfully request that their attorneys be excused from an in-person meeting and that the Court permit the Case Management Conference to be conducted by telephone.

WHEREFORE, the parties jointly request that the Court enter an Order excusing the parties' counsel from an in-person meeting for the Case Management Conference and to allow the Case Management Conference to be conducted by telephone.

Dated:  March 19, 2009                                    Respectfully submitted,

**/s/ Bradley P. Rothman**                          **/s/ Richard M. Pierro, Jr.**
BRADLEY P. ROTHMAN                                  RICHARD M. PIERRO, JR.
Florida Bar No. 0677345                             Florida Bar No. 0013023
brothman@weldonrothman.com                          rpierro@anblaw.com

**WELDON & ROTHMAN, PL**                            **ALLEN NORTON & BLUE, P.A.**
7935 Airport-Pulling Road N., Suite 205             324 S. Hyde Park Avenue, Suite 225
Naples, Florida, 34109                              Tampa, Florida 33606-4127
Telephone: (239) 262-2141                           Telephone:  (813) 251-1210
Facsimile: (239) 262-2342                           Fax:  (813) 253-2006
*Counsel for Plaintiff*                             *Counsel for Defendant*

                                                    MARK E. LEVITT
                                                    Florida Bar No. 0193190
                                                    mlevitt@anblaw.com

                                                    **ALLEN, NORTON & BLUE, P.A.**
                                                    1477 W. Fairbanks Avenue, Suite 100
                                                    Winter Park, Florida  32789-7113
                                                    (407) 571-2152
                                                    (407) 571-1496
                                                    *Counsel for Defendants*

97057_1

ALLEN, NORTON & BLUE, P.A.
PROFESSIONAL ASSOCIATION